## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JOHN EDLUND,

       PLAINTIFF,

v.                           Case No.:3:21-cv-1319-TKW-HTC

LAMBERT ELECTRIC, INC.

       DEFENDANT.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH  PREJUDICE

**COME NOW**, Plaintiff, JOHN EDLUND, and Defendant, LAMBERT ELECTRIC, INC., by and through their respective undersigned counsel, hereby stipulate that this action be dismissed with prejudice, pursuant to Rule 41(a)(2), without the assessment of costs and attorney's fees, and with the parties to bear their own respective attorney's fees and costs with respect to the action in this Complaint.

      Respectfully submitted this 11  day of April, 2022.

| | |
|---|---|
| */s/ Clayton M. Connors* | */s/ Michael B. Kelly* |
| **Clayton M. Connors, Esq.** | **Michael B. Kelly, Esq.** |
| Florida Bar No.: 0095553 | Florida Bar No.: 115345 |
| Email: cmc@westconlaw.com | **Randall G. Rogers, Esq.** |
| **Law Offices of Clayton M.** | Florida Bar No.: 195626 |
| **Connors, PLLC.** | 890 South Palafox Street, Ste. 200 |
| 4400 Bayou Blvd., Suite 32A | Pensacola, Florida 32502 |
| Pensacola, Florida 32503 | Telephone: (850) 483-5900 |

Telephone: (850) 473-0401                        alan.horky@csklegal.com
*Counsel for Plaintiff*                          michael.kelly@csklegal.com
                                                 kaitlyn.femeyer@csklegal.com
                                                 *Counsel for Defendant*