# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JOHN EDLUND**,

    **Plaintiff**,

v.                                        Case No. 3:21cv1319-TKW-HTC

**LAMBERT ELECTRIC, LLC.**,

    **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the notice of voluntary dismissal with prejudice signed by both parties (Doc. 16), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 12th day of April, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**